UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF JUDICIAL REMOVAL |
| - against - | |
| HENNING SCHWARZKOPF | 21 CR 117 (EK) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the application of the United States of America, by Mathew Scott Miller, Assistant United States Attorney, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of HENNING SCHWARZKOPF ("the defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Germany and a citizen of Germany.

3. The defendant was paroled into the United States for prosecution on or about October 24, 2020.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of Money Laundering, in violation of Title 18 United States Code, Section 1956(a)(3)(B).

5. The maximum sentence for a violation of Title 18 United States Code, Section 1956(a)(3)(B) is 20 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United

States pursuant to Section 212(a)(2)(A)(i)(I) of the Immigration and Nationality Act of 1952 ("INA"), as amended, 8 U.S.C. § 1182(a)(2)(A)(i)(I), as an alien who has been convicted of a crime involving moral turpitude (other than a purely political offense) or an attempt or conspiracy to commit such a crime.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, it is ordered that, pursuant to INA section 238(c), 8 U.S.C. § 1228(c), the defendant be removed from the United States to Germany promptly upon his satisfaction of any sentence of imprisonment, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing.

Dated:   Brooklyn, New York
         Aug. 3, 2021

/s/(ERK)
THE HONORABLE ERIC R. KOMITEE
UNITED STATES DISTRICT JUDGE